Pro Se 14 (INND Rev. 2/20)

FILED
SEP 25 2023
At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

Sona Slusher ,
[You are the PLAINTIFF, print your full name on this line.]

v.

Sherrif of Allen County
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number  1:23CV411
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Sherrif of Allen County | 417 S Calhoun St Fortwayne IN 46802 |
| 2 | [Put the names of any other defendants in these boxes.] Allen County Jail | |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? ___1___
2. What is the name and address of your prison or jail? Allen County Jail
3. Did the event you are suing about happen there? ☒ Yes.  ☐ No, it happened at: _____
4. On what date did this event occur? April 14th 2022

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. They told me I was pregnat And I was not they said the place In Error on Computer But They gave me prenatal vitimans like I was Pregnant This Really Messes with my mental mind Because I Lost my mother In 2021 And was Just Starting to get over it.

2. Due to over crowd AND lack of Employees cause them to make an Error

3. They also put me In Room By myself And Theres No Call Light AND I have Seziurs Im also suppose to Be house with Someone at all time Due to my Seziurs and theres No Call Light

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

4. Due to over Crowding I had No Mat to Sleep on So I had to Sleep with 2 Bromeos on the Floor

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
   - ◉ Before I was confined.
   - ◯ While I was confined awaiting trial.
   - ◯ After I was convicted while confined serving the sentence.
   - ◯ Other: _____

6. Have you ever sued anyone for this exact same event?
   - ◉ No.
   - ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - ◉ No, this event is not grievable at this prison or jail.
   - ◉ Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ◯ Yes, this event was grievable, but I did not file a grievance because _____

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   First off I want the Jail to have less Compasity Reduce Errors That can Case Mental Health Status Changes, Compisations. For reap Disrupting my Mental Health also made me have Susidal thoughts

[Initial Each Statement]
- SES I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
- SES I will keep a copy of this complaint for my records.
- SES I will promptly notify the court of any change of address.
- SES I WILL NOT send more than one copy of any filing to the court.
- SES I WILL NOT send summons, USM-285, or waiver forms to the clerk.
- SES I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on 09/19/20 23 at 11:00 (am)/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

9/15/23

_Sara Sh_____                          618003
Signature                                          Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

KAITLIN WRIGHT, Notary Public
Allen County, State of Indiana
Commission Number NP0746659
My Commission Expires February 9, 2031

Kaiten wright
9-15-23