# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

SARA SLUSHER
*also known as*
SARA ELAINE SLUSHER
        Plaintiff

  v.

                                              Civil Action No. 1:23-cv-411

SHERRIF OF ALLEN COUNTY

ALLEN COUNTY JAIL
        Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff_____ recover from the defendant _____ the amount of_____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____ recover costs from the plaintiff _____.

**X** Other: This case is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b).

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Chief Judge Holly A. Brady

DATE: 11/28/2023                            CHANDA J. BERTA, CLERK OF COURT

                                                          by  s/ S. Jarrell_____
                                                          *Signature of Clerk or Deputy Clerk*